## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

1. BOL (WestRock)
2. MV (Police Report)
3. Work Act Stat. Rep.
4. PMA Co. Financal Rep.
5. Par. Med. List
6. Thomas Jeff 10/10/24 Clinical Activity

(Attatchments included inside)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Kevin Rice_

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_WestRock CP LLC_
_240101339_

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            _Kevin Rice_
            Street Address  _315 S. 18 Broad St._
            County, City    _Philadelphia, PA 19107_
            State & Zip Code
            Telephone Number

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  
Name __WestRock CP LLC__  
Street Address __6400 Poplar Ave.__  
County, City _____  
State & Zip Code __Memphis, TN 38119-4844__

Defendant No. 2  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____

Defendant No. 3  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____

Defendant No. 4  
Name _____  
Street Address _____  
County, City _____  
State & Zip Code _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*  
    ○ Federal Questions    ☑ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  **Pennsylvania**

Defendant(s) state(s) of citizenship  _____

III.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur?  **Cincinnati, Ohio on the freeway mountain top interstate 70, best knowledge.**

B.  What date and approximate time did the events giving rise to your claim(s) occur?  **January 13, 2022 early morning, the sun just rose up around 6:30 - 7 am to my knowledge.**

C.  Facts: **I was operating an loaded 18 wheeler dry van tractor trailer and out of no where I got a burst of energy drifting me towards the guard rails after previously switching lanes doing the speed limit which is all recorded information. I felt the truck flip, I thought I was dead. The Lord awoken me one week later a survivor and devote Christian man. My trailer was loaded incorrectly, causing a high center of gravity causing the accident whenever the load shifted back there, out of my pay-grade. They had females in pink hard hats driving fork-lifts during Covid-19 season. I was not able to check the load, just the correct weight to operate on the road. It was a paper mill company located in North Carolina who has a contract with Western Express, my employer, whom pays workman's compensation. The Paper Mill who is responsible for correctly loading my trailer to operate safely. A passer-by pedestrian whom notified authorities and disappeared to my knowledge, May God Bless them dearly**

[sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

Rev. 10/2009                                - 3 -

IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Eyeball ejection from socket, eye lid completly removed from accident, recent skin graft to create new eye lid. Craked skull and fracture to left side of head. Massive face scare tissue. Back and left arm damage. Able to recieve SS, waiting on settlement. Mental damage to my mental state, I regurlarly see a theraphist also for my body twice a week. Constant headachs/PTSD and night mares. I loose visual focus at night or bright day.

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Bring my case in front of Westrock CP LLC in a jury trail. My attorny first stated the case is worth millions, I don't want that much, just one because I cant work or operate with an CDL again because of over 8 hours unconciousness. 1,000,000.00 is suitabe to me invested well.

It was not my fault, I did not load the truck, nor was able to check for it's correctness, which is not in my job description, because the trailers are pre-loaded before I get there, but at this location I waited to be loaded. Seeing my color may have changed their work ethic's and got laxed when safety was the main issue to loading my trailer to be immediately driven.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __October_____, 20__24__.

                                                Signature of Plaintiff __[signature]_____
                                                Mailing Address __315 S. Broad St._____
                                                                                        __Philadelphia, PA 19107_____
                                                Telephone Number __856 214 1546_____
                                                Fax Number *(if you have one)* _____
                                                E-mail Address __Arizen1000@gmail.com__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

                                                Signature of Plaintiff: _____
                                                     Inmate Number _____

# STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

Received, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original bill of Lading.

**From:** West Point Mill

IP

INTERNATIONAL PAPER

**SOLD TO**

IP
CONTAINERBOARD OPERATIONS 9-74
6400 POPLAR AVE.
MEMPHIS    TN    38119-4844
US

**WestRock CP, LLC**

**Manifest #: 545750**
**Manifest Date: Jan 12 2022 10:21PM**

**SHIP TO**

IP    L8
INTERNATIONAL PAPER
380 SHORLAND DR
WALTON    KY    41094-9328
US

**Seal #: 2723633**

Unit of Meas: English    Carrier: Western Express INC    Vehicle ID#: v08168    Vehicle Type: truck    FOB: FOB-MILL

| Purchase Order # | Order # | Item # | Product | Caliper | Unit # | # Rolls | Width | Diameter | MSF | Lineal Feet | Gross | Tare | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1012242 | 1 | 83 | 54 | 180.006 | 26,025 | 5,593 | 0 | 5,593 |
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1013142 | 1 | 83 | 54 | 182.185 | 26,340 | 5,675 | 0 | 5,675 |
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1013242 | 1 | 83 | 54 | 166.000 | 24,000 | 5,139 | 0 | 5,139 |
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1014142 | 1 | 83 | 54 | 179.903 | 26,010 | 5,650 | 0 | 5,650 |
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1014242 | 1 | 83 | 54 | 176.548 | 25,525 | 5,470 | 0 | 5,470 |
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1015133 | 1 | 83 | 54 | 178.796 | 25,850 | 5,549 | 0 | 5,549 |
| 1575757528 | 944420 | 1 | WT31 | 8.00 | WRE22A1015167 | 1 | 83 | 54 | 178.796 | 25,850 | 5,545 | 0 | 5,545 |
| | | | | | **Subtotals for order #: 944420** | | | | | | | | |
| | | | | | # of item units: 7 | # Rolls: 7 | | | 1,242.233 | 179,600 | 38,621 | | 38,621 |
| | | | | | **Subtotals for order #:1** | | | | | | | | |
| | | | | | # of order units: 7 | # Rolls: 7 | | | 1,242.233 | 179,600 | 38,621 | | 38,621 |
| | | | | | **Shipment Totals** | | | | | | | | |
| | | | | | # of Units: 7 | # Rolls: 7 | | | 1,242.233 | 179,600 | 38,621 | | 38,621 |

**Comments:**
T7:00-14:00, F7:00-14:00, M7:00-14:00, R7:00-14:00, W7:00-14:00

| # Pkgs | KINDS OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *Weight (sub To Cor.) | Class/Rate | Ck. Col. |
|---|---|---|---|---|
| 7 | PULPBOARD NOISN NOT CORRUGATED/INDENTED | 38,621 | | |

The content consisting of not less than 105% woodpulp, waste paper or straw pulp by mixture thereof.

WestRock CP, LLC
Permanent post-office address of shipper
19th & Main Street
West Point    Virginia    23181

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other charges.

Signature of Consignor WestRock CP, LLC

If charges are to be prepaid, write or stamp here, to be Prepaid.    **prepaid**

Received $ _____ to apply in prepayment of the charges on the property described herein.

Agent or Cashier

Per _____

(This signature here acknowledges only the amount prepaid)

This is to certify that the above named articles are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

BIL are correct subject to inspection. Bureau verification and weight indicated on this having jurisdiction according to the agreement of the Bureau

#1



Kevin Rice

# Ohio Department of Public Safety
## MOTORIST / NON-MOTORIST

LOCAL REPORT NUMBER: 225000549

### Unit 1

| Field | Value |
|---|---|
| UNIT # | 1 |
| NAME: LAST, FIRST, MIDDLE | RICE, KEVIN |
| DATE OF BIRTH | 05/01/1977 |
| AGE | 44 |
| GENDER | M |
| ADDRESS: STREET, CITY, STATE, ZIP | 2409 N CLARION ST, PHILADELPHIA, PA, 19132 |
| CONTACT PHONE | 267-978-3296 |
| INJURIES | 2 |
| INJURED TAKEN BY | 2 |
| EMS AGENCY (NAME) | MEDIC 19 |
| INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | UC |
| SAFETY EQUIPMENT USED | 4 |
| DOT-Compliant MC HELMET | |
| SEATING POSITION | 1 |
| AIR BAG USAGE | 1 |
| EJECTION | 1 |
| TRAPPED | 1 |
| OL STATE | PA |
| OPERATOR LICENSE NUMBER | |
| OFFENSE CHARGED | |
| LOCAL CODE | |
| OFFENSE DESCRIPTION | |
| CITATION NUMBER | |
| OL CLASS | 4 |
| ENDORSEMENT | |
| RESTRICTION (SELECT UP TO 3) | |
| DRIVER DISTRACTED BY | 1 |
| ALCOHOL / DRUG SUSPECTED | |
| CONDITION | 1 |
| ALCOHOL TEST STATUS | 1 |
| ALCOHOL TEST TYPE | |
| ALCOHOL TEST VALUE | . |
| DRUG TEST STATUS | 1 |
| DRUG TEST TYPE | |
| DRUG TEST RESULTS | |

### Unit 2 (blank)

### Unit 3 (blank)

---

### Legend

**INJURIES**
1 - FATAL
2 - SUSPECTED SERIOUS INJURY
3 - SUSPECTED MINOR INJURY
4 - POSSIBLE INJURY
5 - NO APPARENT INJURY

**INJURIES TAKEN BY**
1 - NOT TRANSPORTED / TREATED AT SCENE
2 - EMS
3 - POLICE
9 - OTHER / UNKNOWN

**SAFETY EQUIPMENT**
1 - NONE USED
2 - SHOULDER BELT ONLY USED
3 - LAP BELT ONLY USED
4 - SHOULDER & LAP BELT USED
5 - CHILD RESTRAINT SYSTEM - FORWARD FACING
6 - CHILD RESTRAINT SYSTEM - REAR FACING
7 - BOOSTER SEAT
8 - HELMET USED
9 - PROTECTIVE PADS USED (ELBOWS, KNEES, ETC)
10 - REFLECTIVE CLOTHING
11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY
99 - OTHER / UNKNOWN

**SEATING POSITION**
1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER)
2 - FRONT - MIDDLE
3 - FRONT - RIGHT SIDE
4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER)
5 - SECOND - MIDDLE
6 - SECOND - RIGHT SIDE
7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR)
8 - THIRD - MIDDLE
9 - THIRD - RIGHT SIDE
10 - SLEEPER SECTION OF TRUCK CAB
11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP)
12 - PASSENGER IN UNENCLOSED CARGO AREA
13 - TRAILING UNIT
14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
15 - NON-MOTORIST
99 - OTHER / UNKNOWN

**AIR BAG**
1 - NOT DEPLOYED
2 - DEPLOYED FRONT
3 - DEPLOYED SIDE
4 - DEPLOYED BOTH FRONT/SIDE
5 - NOT APPLICABLE
9 - DEPLOYMENT UNKNOWN

**EJECTION**
1 - NOT EJECTED
2 - PARTIALLY EJECTED
3 - TOTALLY EJECTED
4 - NOT APPLICABLE

**TRAPPED**
1 - NOT TRAPPED
2 - EXTRICATED BY MECHANICAL MEANS
3 - FREED BY NON-MECHANICAL MEANS

**OL CLASS**
1 - CLASS A
2 - CLASS B
3 - CLASS C
4 - REGULAR CLASS (OHIO = D)
5 - M/C MOPED ONLY
6 - NO VALID OL

**OL ENDORSEMENT**
H - HAZMAT
M - MOTORCYCLE
P - PASSENGER
N - TANKER
Q - MOTOR SCOOTER
R - THREE-WHEEL MOTORCYCLE
S - SCHOOL BUS
T - DOUBLE & TRIPLE TRAILERS
X - TANKER / HAZMAT

**GENDER**
F - FEMALE
M - MALE
U - OTHER / UNKNOWN

**OL RESTRICTION(S)**
1 - ALCOHOL INTERLOCK DEVICE
2 - CDL INTRASTATE ONLY
3 - CORRECTIVE LENSES
4 - FARM WAIVER
5 - EXCEPT CLASS A BUS
6 - EXCEPT CLASS A & CLASS B BUS
7 - EXCEPT TRACTOR-TRAILER
8 - INTERMEDIATE LICENSE RESTRICTIONS
9 - LEARNER'S PERMIT RESTRICTIONS
10 - LIMITED TO DAYLIGHT ONLY
11 - LIMITED TO EMPLOYMENT
12 - LIMITED - OTHER
13 - MECHANICAL DEVICES (SPECIAL BRAKES, HAND CONTROLS, OR OTHER ADAPTIVE DEVICES)
14 - MILITARY VEHICLES ONLY
15 - MOTOR VEHICLES WITHOUT AIR BRAKES
16 - OUTSIDE MIRROR
17 - PROSTHETIC AID
18 - OTHER

**DRIVER DISTRACTION**
1 - NOT DISTRACTED
2 - MANUALLY OPERATING AN ELECTRONIC COMMUNICATION DEVICE (TEXTING, TYPING, DIALING)
3 - TALKING ON HANDS-FREE COMMUNICATION DEVICE
4 - TALKING ON HAND-HELD COMMUNICATION DEVICE
5 - OTHER ACTIVITY WITH AN ELECTRONIC DEVICE
6 - PASSENGER
7 - OTHER DISTRACTION INSIDE THE VEHICLE
8 - OTHER DISTRACTION OUTSIDE THE VEHICLE
9 - OTHER / UNKNOWN

**CONDITION**
1 - APPARENTLY NORMAL
2 - PHYSICAL IMPAIRMENT
3 - EMOTIONAL (E.G., DEPRESSED, ANGRY, DISTURBED)
4 - ILLNESS
5 - FELL ASLEEP, FAINTED, FATIGUED, ETC.
6 - UNDER THE INFLUENCE OF MEDICATIONS / DRUGS / ALCOHOL
9 - OTHER / UNKNOWN

**TEST STATUS**
1 - NONE GIVEN
2 - TEST REFUSED
3 - TEST GIVEN, CONTAMINATED SAMPLE / UNUSABLE
4 - TEST GIVEN, RESULTS KNOWN
5 - TEST GIVEN, RESULTS UNKNOWN

**ALCOHOL TEST TYPE**
1 - NONE
2 - BLOOD
3 - URINE
4 - BREATH
5 - OTHER

**DRUG TEST TYPE**
1 - NONE
2 - BLOOD
3 - URINE
4 - OTHER

**DRUG TEST RESULT(S)**
1 - AMPHETAMINES
2 - BARBITURATES
3 - BENZODIAZEPINES
4 - CANNABINOIDS
5 - COCAINE
6 - OPIATES / OPIOIDS
7 - OTHER
8 - NEGATIVE RESULTS

#2

# OCCUPANT / WITNESS ADDENDUM

LOCAL REPORT NUMBER: 225000549

| UNIT # | NAME: LAST, FIRST, MIDDLE | | | | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|---|---|---|
| | ADDRESS: STREET, CITY, STATE, ZIP | | | | CONTACT PHONE – INCLUDE AREA CODE | | |
| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: MEDICAL FACILITY (NAME, CITY) | SAFETY EQUIPMENT | ☐ DOT-Compliant ☐ MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |

(Occupant block repeated 4 times, all blank)

| | INJURIES | SAFETY EQUIPMENT USED | SEATING POSITION | AIR BAG USAGE |
|---|---|---|---|---|
| | 1 – FATAL | 1 – NONE USED – VEHICLE OCCUPANT | 1 – FRONT – LEFT SIDE (MOTORCYCLE DRIVER) | 1 – NOT DEPLOYED |
| | 2 – SUSPECTED SERIOUS INJURY | 2 – SHOULDER BELT ONLY USED | 2 – FRONT – MIDDLE | 2 – DEPLOYED FRONT |
| | 3 – SUSPECTED MINOR INJURY | 3 – LAP BELT ONLY USED | 3 – FRONT – RIGHT SIDE | 3 – DEPLOYED SIDE |
| | 4 – POSSIBLE INJURY | 4 – SHOULDER & LAP BELT USED | 4 – SECOND – LEFT SIDE (MOTORCYCLE PASSENGER) | 4 – DEPLOYED BOTH FRONT/SIDE |
| | 5 – NO APPARENT INJURY | 5 – CHILD RESTRAINT SYSTEM – FORWARD FACING | 5 – SECOND – MIDDLE | 5 – NOT APPLICABLE |
| | **INJURED TAKEN BY** | 6 – CHILD RESTRAINT SYSTEM – REAR FACING | 6 – SECOND – RIGHT SIDE | 9 – DEPLOYMENT UNKNOWN |
| | 1 – NOT TRANSPORTED / TREATED AT SCENE | 7 – BOOSTER SEAT | 7 – THIRD – LEFT SIDE (MOTORCYCLE SIDE CAR) | **EJECTION** |
| | 2 – EMS | 8 – HELMET USED | 8 – THIRD – MIDDLE | 1 – NOT EJECTED |
| | 3 – POLICE | 9 – PROTECTIVE PADS USED (ELBOWS, KNEES, ETC) | 9 – THIRD – RIGHT SIDE | 2 – PARTIALLY EJECTED |
| | 9 – OTHER / UNKNOWN | 10 – REFLECTIVE CLOTHING | 10 – SLEEPER SECTION OF TRUCK CAB | 3 – TOTALLY EJECTED |
| | **GENDER** | 11 – LIGHTING – PEDESTRIAN / BICYCLE ONLY | 11 – PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT SUCH AS A BUS, PICK-UP WITH CAP) | 4 – NOT APPLICABLE |
| | F – FEMALE | 99 – OTHER / UNKNOWN | 12 – PASSENGER IN UNENCLOSED CARGO AREA | **TRAPPED** |
| | M – MALE | | 13 – TRAILING UNIT | 1 – NOT TRAPPED |
| | U – OTHER / UNKNOWN | | 14 – RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT) | 2 – EXTRICATED BY MECHANICAL MEANS |
| | | | 15 – NON-MOTORIST | 3 – FREED BY NON-MECHANICAL MEANS |
| | | | 99 – OTHER / UNKNOWN | |

| WITNESS | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | ADDRESS: STREET, CITY, STATE, ZIP | CONTACT PHONE – INCLUDE AREA CODE | | |

(Witness block repeated 3 times, all blank)

# Ohio Department of Public Safety — UNIT

LOCAL REPORT NUMBER: 225000549

## OWNER

| Field | Value |
|---|---|
| UNIT # | 1 |
| OWNER NAME: LAST, FIRST, MIDDLE ☐ SAME AS DRIVER | EXPRESS, WESTERN |
| OWNER PHONE: INCLUDE AREA CODE ☐ SAME AS DRIVER | 800-316-7160 |
| OWNER ADDRESS: STREET, CITY, STATE, ZIP ☐ SAME AS DRIVER | 7135 CENTENNIAL PL, NASHVILLE, TN, 37209 |
| COMMERCIAL CARRIER: NAME, ADDRESS, CITY, STATE, ZIP | WESTERN EXPRESS, 7135 CENTENNIAL PL, NASHVILLE, TN, 3 |
| COMMERCIAL CARRIER PHONE: INCLUDE AREA CODE | 800-316-7160 |

## VEHICLE

| Field | Value |
|---|---|
| LP STATE | TN |
| LICENSE PLATE # | J5526HY |
| VEHICLE IDENTIFICATION # | 3HSDZAPR5KN310857 |
| VEHICLE YEAR | 2019 |
| VEHICLE MAKE | INTERNATIONAL |
| INSURANCE VERIFIED | ☐ |
| INSURANCE COMPANY | |
| INSURANCE POLICY # | |
| COLOR | |
| VEHICLE MODEL | OTHER/UNKNOWN |
| TYPE OF USE | ☒ COMMERCIAL ☐ GOVERNMENT ☐ IN EMERGENCY RESPONSE |
| US DOT # | 511412 |
| TOWED BY: COMPANY NAME | MILLENNIUM |
| INTERLOCK DEVICE EQUIPPED | ☐ |
| HIT/SKIP UNIT | ☐ |
| # OCCUPANTS | 1 |
| VEHICLE WEIGHT GVWR/GCWR | 3 (1 - ≤10K LBS; 2 - 10,001 - 26K LBS; 3 - > 26K LBS) |
| HAZARDOUS MATERIAL | ☐ MATERIAL RELEASED ☐ PLACARD; CLASS #: ____ PLACARD ID #: ____ |

## DAMAGE

DAMAGE SCALE: **4**
1 - NONE  2 - MINOR DAMAGE  3 - FUNCTIONAL DAMAGE  4 - DISABLING DAMAGE  9 - UNKNOWN

DAMAGED AREA(S) - INDICATE ALL THAT APPLY

☐ NO DAMAGE [ 0 ]    ☐ UNDERCARRIAGE [ 14 ]
☐ TOP [ 13 ]          ☐ ALL AREAS [ 15 ]
                      ☐ UNIT NOT AT SCENE [ 16 ]

## UNIT TYPE: 15

1 - PASSENGER CAR; 2 - PASSENGER VAN (MINIVAN); 3 - SPORT UTILITY VEHICLE; 4 - PICK UP; 5 - CARGO VAN; 6 - VAN (9-15 SEATS); 7 - MOTORCYCLE 2-WHEELED; 8 - MOTORCYCLE 3-WHEELED; 9 - AUTOCYCLE; 10 - MOPED OR MOTORIZED BICYCLE; 11 - ALL TERRAIN VEHICLE (ATV/UTV); 12 - GOLF CART; 13 - SNOWMOBILE; 14 - SINGLE UNIT TRUCK; 15 - SEMI-TRACTOR; 16 - FARM EQUIPMENT; 17 - MOTORHOME; 18 - LIMO (LIVERY VEHICLE); 19 - BUS (16+ PASSENGERS); 20 - OTHER VEHICLE; 21 - HEAVY EQUIPMENT; 22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE; 23 - PEDESTRIAN/SKATER; 24 - WHEELCHAIR (ANY TYPE); 25 - OTHER NON-MOTORIST; 26 - BICYCLE; 27 - TRAIN; 99 - UNKNOWN OR HIT/SKIP

# OF TRAILING UNITS: ____

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED? **2**
1 - YES  2 - NO  9 - OTHER / UNKNOWN

AUTONOMOUS MODE LEVEL: 0 - NO AUTOMATION; 1 - DRIVER ASSISTANCE; 2 - PARTIAL AUTOMATION; 3 - CONDITIONAL AUTOMATION; 4 - HIGH AUTOMATION; 5 - FULL AUTOMATION; 9 - OTHER/UNKNOWN

## SPECIAL FUNCTION: 1

1 - NONE; 2 - TAXI; 3 - ELECTRONIC RIDE SHARING; 4 - SCHOOL TRANSPORT; 5 - BUS - TRANSIT/COMMUTER; 6 - BUS - CHARTER/TOUR; 7 - BUS - INTERCITY; 8 - BUS - SHUTTLE; 9 - BUS - OTHER; 10 - AMBULANCE; 11 - FIRE; 12 - MILITARY; 13 - POLICE; 14 - PUBLIC UTILITY; 15 - CONSTRUCTION EQUIP.; 16 - FARM; 17 - MOWING; 18 - SNOW REMOVAL; 19 - TOWING; 20 - SAFETY SERVICE PATROL; 21 - MAIL CARRIER; 99 - OTHER / UNKNOWN

## CARGO BODY TYPE: 1

1 - NO CARGO BODY TYPE / NOT APPLICABLE; 2 - BUS; 3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE; 4 - LOGGING; 5 - INTERMODAL CONTAINER CHASSIS; 6 - CARGOVAN /ENCLOSED BOX; 7 - GRAIN/CHIPS/GRAVEL; 8 - POLE; 9 - CARGO TANK; 10 - FLAT BED; 11 - DUMP; 12 - CONCRETE MIXER; 13 - AUTO TRANSPORTER; 14 - GARBAGE/REFUSE; 99 - OTHER / UNKNOWN

## VEHICLE DEFECTS

1 - TURN SIGNALS; 2 - HEAD LAMPS; 3 - TAIL LAMPS; 4 - BRAKES; 5 - STEERING; 6 - TIRE BLOWOUT; 7 - WORN OR SLICK TIRES; 8 - TRAILER EQUIPMENT DEFECTIVE; 9 - MOTOR TROUBLE; 10 - DISABLED FROM PRIOR ACCIDENT; 99 - OTHER / UNKNOWN

## NON-MOTORIST LOCATION

1 - INTERSECTION - MARKED CROSSWALK; 2 - INTERSECTION - UNMARKED CROSSWALK; 3 - INTERSECTION - OTHER; 4 - MIDBLOCK - MARKED CROSSWALK; 5 - TRAVEL LANE - OTHER LOCATION; 6 - BICYCLE LANE; 7 - SHOULDER/ROADSIDE; 8 - SIDEWALK; 9 - MEDIAN/CROSSING ISLAND; 10 - DRIVEWAY ACCESS; 11 - SHARED USE PATHS OR TRAILS; 12 - FIRST RESPONDER AT INCIDENT SCENE; 99 - OTHER / UNKNOWN

## ACTION: 3

1 - NON-CONTACT; 2 - NON-COLLISION; 3 - STRIKING; 4 - STRUCK; 5 - BOTH STRIKING & STRUCK; 9 - OTHER / UNKNOWN

## PRE-CRASH ACTIONS: 1

1 - STRAIGHT AHEAD; 2 - BACKING; 3 - CHANGING LANES; 4 - OVERTAKING/PASSING; 5 - MAKING RIGHT TURN; 6 - MAKING LEFT TURN; 7 - MAKING U-TURN; 8 - ENTERING TRAFFIC LANE; 9 - LEAVING TRAFFIC LANE; 10 - PARKED; 11 - SLOWING OR STOPPED IN TRAFFIC; 12 - DRIVERLESS; 13 - NEGOTIATING A CURVE; 14 - ENTERING OR CROSSING SPECIFIED LOCATION; 15 - WALKING, RUNNING, JOGGING, PLAYING; 16 - WORKING; 17 - PUSHING VEHICLE; 18 - APPROACHING OR LEAVING VEHICLE; 19 - STANDING; 20 - OTHER NON-MOTORIST; 21 - STANDING OUTSIDE DISABLED VEHICLE; 99 - OTHER / UNKNOWN

## CONTRIBUTING CIRCUMSTANCES (EVENTS): 9

1 - NONE; 2 - FAILURE TO YIELD; 3 - RAN RED LIGHT; 4 - RAN STOP SIGN; 5 - UNSAFE SPEED; 6 - IMPROPER TURN; 7 - LEFT OF CENTER; 8 - FOLLOWING TOO CLOSE /ACDA; 9 - IMPROPER LANE CHANGE; 10 - IMPROPER PASSING; 11 - DROVE OFF ROAD; 12 - IMPROPER BACKING; 13 - IMPROPER START FROM A PARKED POSITION; 14 - STOPPED OR PARKED ILLEGALLY; 15 - SWERVING TO AVOID; 16 - WRONG WAY; 17 - VISION OBSTRUCTION; 18 - OPERATING DEFECTIVE EQUIPMENT; 19 - LOAD SHIFTING /FALLING/SPILLING; 20 - IMPROPER CROSSING; 21 - LYING IN ROADWAY; 22 - NOT DISCERNIBLE; 23 - OPENING DOOR INTO ROADWAY; 99 - OTHER IMPROPER ACTION

## SEQUENCE OF EVENTS

EVENTS: **1**, **2**, ___

1 - OVERTURN/ROLLOVER; 2 - FIRE/EXPLOSION; 3 - IMMERSION; 4 - JACKKNIFE; 5 - CARGO / EQUIPMENT LOSS OR SHIFT; 6 - EQUIPMENT FAILURE; 7 - SEPARATION OF UNITS; 8 - RAN OFF ROAD RIGHT; 9 - RAN OFF ROAD LEFT; 10 - CROSS MEDIAN; 11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL; 12 - DOWNHILL RUNAWAY; 13 - OTHER NON-COLLISION; 14 - PEDESTRIAN; 15 - PEDALCYCLE; 16 - RAILWAY VEHICLE; 17 - ANIMAL - FARM; 18 - ANIMAL - DEER; 19 - ANIMAL - OTHER; 20 - MOTOR VEHICLE IN TRANSPORT; 21 - PARKED MOTOR VEHICLE; 22 - WORK ZONE MAINTENANCE EQUIPMENT; 23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE; 24 - OTHER MOVABLE OBJECT

## COLLISION WITH FIXED OBJECT - STRUCK

**4**, **5**, **6**

25 - IMPACT ATTENUATOR / CRASH CUSHION; 26 - BRIDGE OVERHEAD STRUCTURE; 27 - BRIDGE PIER OR ABUTMENT; 28 - BRIDGE PARAPET; 29 - BRIDGE RAIL; 30 - GUARDRAIL FACE; 31 - GUARDRAIL END; 32 - PORTABLE BARRIER; 33 - MEDIAN CABLE BARRIER; 34 - MEDIAN GUARDRAIL BARRIER; 35 - MEDIAN CONCRETE BARRIER; 36 - MEDIAN OTHER BARRIER; 37 - TRAFFIC SIGN POST; 38 - OVERHEAD SIGN POST; 39 - LIGHT / LUMINARIES SUPPORT; 40 - UTILITY POLE; 41 - OTHER POST, POLE OR SUPPORT; 42 - CULVERT; 43 - CURB; 44 - DITCH; 45 - EMBANKMENT; 46 - FENCE; 47 - MAILBOX; 48 - TREE; 49 - FIRE HYDRANT; 50 - WORK ZONE MAINTENANCE EQUIPMENT; 51 - WALL; 52 - BUILDING; 53 - TUNNEL; 54 - OTHER FIXED OBJECT; 99 - OTHER / UNKNOWN

FIRST HARMFUL EVENT: **1**    MOST HARMFUL EVENT: **1**

## INITIAL POINT OF CONTACT: 9

0 - NO DAMAGE; 1-12 - REFER TO UNIT DIAGRAM; 13 - TOP; 14 - UNDERCARRIAGE; 15 - VEHICLE NOT AT SCENE; 99 - UNKNOWN

## TRAFFIC

TRAFFICWAY FLOW: **1** — 1 - ONE-WAY; 2 - TWO-WAY

TRAFFIC CONTROL: **6** — 1 - ROUNDABOUT; 2 - SIGNAL; 3 - FLASHER; 4 - STOP SIGN; 5 - YIELD SIGN; 6 - NO CONTROL

# OF THROUGH LANES ON ROAD: **2**

RAIL GRADE CROSSING: 1 - NOT INVOLVED; 2 - INVOLVED-ACTIVE CROSSING; 3 - INVOLVED-PASSIVE CROSSING

UNIT / NON-MOTORIST DIRECTION: FROM **1** TO **2**
1 - NORTH; 2 - SOUTH; 3 - EAST; 4 - WEST; 5 - NORTHEAST; 6 - NORTHWEST; 7 - SOUTHEAST; 8 - SOUTHWEST; 9 - OTHER / UNKNOWN

UNIT SPEED: **50**
POSTED SPEED: **25**

DETECTED SPEED: 1 - STATED / ESTIMATED SPEED; 2 - CALCULATED / EDR; 3 - UNDETERMINED

# TRAFFIC CRASH REPORT

**Ohio Department of Public Safety**

LOCAL REPORT NUMBER: 225000549

- [ ] PHOTOS TAKEN
- [ ] SECONDARY CRASH
- [ ] OH-2
- [ ] OH-1P
- [ ] PRIVATE PROPERTY
- [ ] OH-3
- [ ] OTHER

**LOCAL INFORMATION**

**REPORTING AGENCY NAME:** Cincinnati Police Dept
**NCIC:** CIP00
**HIT/SKIP:** 2 - UNSOLVED
**NUMBER OF UNITS:** 1
**UNIT IN ERROR:** 1

| COUNTY | LOCALITY | LOCATION: CITY, VILLAGE, TOWNSHIP | CRASH DATE / TIME | CRASH SEVERITY |
|---|---|---|---|---|
| 31 | 1 - CITY | CINCINNATI | 01/13/2022 19:35 | 2 - SERIOUS INJURY SUSPECTED |

**ROUTE TYPE:** IR  **ROUTE NUMBER:** 71  **PREFIX:** (none)
**LOCATION ROAD NAME:** (blank)
**ROAD TYPE:** (blank)
**LATITUDE:** 39.099811

**REFERENCE ROAD NAME (ROAD, MILEPOST, HOUSE #):** 1.2
**ROAD TYPE:** MP
**LONGITUDE:** -84.503906

**REFERENCE POINT:** 2 - MILE POST
**DIRECTION FROM REFERENCE:** (blank)
**INTERSECTION RELATED:** (unchecked)

**LOCATION OF FIRST HARMFUL EVENT:** 1 - ON ROADWAY
**MANNER OF CRASH COLLISION/IMPACT:** 1 - NOT COLLISION BETWEEN TWO MOTOR VEHICLES IN TRANSPORT
**DIRECTION OF TRAVEL:** (blank)
**MEDIAN TYPE:** (blank)

**CONTOUR:** 4 - CURVE GRADE
**CONDITIONS:** 1 - DRY
**SURFACE:** 2 - BLACKTOP, BITUMINOUS, ASPHALT

**LIGHT CONDITION:** 3 - DARK - LIGHTED ROADWAY
**WEATHER:** 1 - CLEAR

## NARRATIVE

UNIT #1 TRAVELING SB ON S I71 FAILED TO MAINTAIN CONTROL OF HIS VEHICLE AND OVERTURNED THE VEHICLE ON ITS SIDE AT THE 1-22 MM.

*Diagram: S I71 AT 1-2 MM — Not To Scale — shows UNIT #1 (tractor trailer) on curved roadway, with north arrow pointing left.*

| CRASH REPORTED DATE / TIME | DISPATCH DATE / TIME | ARRIVAL DATE / TIME | SCENE CLEARED DATE / TIME | REPORT TAKEN BY |
|---|---|---|---|---|
| 01/13/2022 19:41 | 01/13/2022 19:42 | 01/13/2022 19:50 | 01/13/2022 22:00 | [X] POLICE AGENCY |

**TOTAL MINUTES:** 138
**OFFICER'S NAME:** SHAW, ANDRE L.
**OFFICER'S BADGE NUMBER:** P0587
**CHECKED BY OFFICER'S NAME:** REYNOLDS, MICHAEL G.
**CHECKED BY OFFICER'S BADGE NUMBER:** S0051

\# 3

CMC-Stemmons
2920 N. Stemmons Fwy. Dallas, TX 75247
Phone: +12146302331      Fax: 214-905-1323

Service Date: 09/26/2023

# Work Activity Status Report

Claim Number:     Case Date: 01/13/2023

| | | |
|---|---|---|
| **Patient:** Kevin Rice | **Last 4 Digits of SSN:** xxx-xx-4796 | **Date of Birth:** 05/01/1977 |
| **Address:** 203 South 12th St PHOENIX AZ 85007 | **Employer Location:** Western Express-7135 | **Contact:** Judy Larson |
| | **Address:** 7135 Centennial Pl Nashville, TN 37209-1033 | **Role:** Primary Contact |
| **Home:** +16232364935 | | **Phone:** +16158465885 |
| **Work:** | **Authorized by:** | **Fax:** 515-573-5260 |

| | | |
|---|---|---|
| **THIS VISIT** | **Visit Type:** Medical Initial | |
| | **Treating Clinician:** Kathryn Winick, M.D. | **Time In:** 12:06:00 PM   **Time Out:** 02:25:48 PM |

**Diagnoses:**
Severe head trauma (S09.90XA)
Concussion with loss of consciousness (S06.0X9A)
Facial trauma (S09.93XA)
Trauma to left eye (S05.92XA)
S/P eye surgery (Z98.890)

**Medications:**
☐ Dispensed prescription medication
☐ Dispensed over-the-counter medication
☐ Medication(s) prescribed
☐ Over-the-counter medications at Non-Prescription strength were recommended

## PATIENT STATUS

**Employer Notice:** The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

**Treatment Status:**
Returning for evaluation by the treating doctor 1 week

**Work Status:**
Will allow the employee to RETURN TO WORK - WITH THE RESTRICTIONS identified below as of: 09/26/2023
Patient may work their entire shift

**Activity Prescription:**
Key*: **Occasionally** = up to 3 hrs/day; **Frequently** = up to 6 hrs/day; **Constantly** = up to 8 hours or greater per day

| Restrictions specific to: head | Cannot drive CMV - disqualified |
|---|---|
| | |

Based on the Department of Labor definitions

| **NEXT VISIT(S)** | **Visit Date and Time:** | **Visit Type:** | **Clinician:** |
|---|---|---|---|
| **Patient Notice:** It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel, please contact the clinic. Thank you for your cooperation. | 10/03/2023 09:00 AM | Medical ☑  Therapy ☐  Specialist ☐ <br> ☐ ☐ ☐ <br> ☐ ☐ ☐ <br> ☐ ☐ ☐ <br> ☐ ☐ ☐ | Kathryn A Winick, MD |

ivity Status Report          ©Concentra, Inc.® 2019. All rights reserved. Confidential. Revised 070819.          **Concentra**

#4


**PMA COMPANIES**

```
                                 ADVICE NO.:    800547075Z        ACCIDENT DT: 01/13/22
                                 ADVICE DATE:   08/21/24           PAYMNT TYPE: WORKERS' COMPENSATION
                                 ADVICE AMT:    $864.00            INSURED....: WESTERN EXPRESS, INC
IF YOU HAVE ANY QUESTIONS PLEASE CALL:    PAY PERIOD:    08/10/24-08/23/24   CLAIM NO...: W003612503
            PMA CALL CENTER                   PD TO DATE:    $73,563.08        POLICY NO..: 2021759283714
              (888) 476-2669                  RATE.......:   $540.00           INVOICE NO.:
                                              VOUCHER NO:    C109136111        INVOICE DT.:
KEVIN C RICE                                  BILL NO...:                      INVOICE AMT:
907 HAMILTON STREET                                                            IRS NUMBER.:
PHILADELPHIA PA 19107                                                          PATIENT ID.:
                                                                               INJURED....: KEVIN RICE
```

Page 1 of 1

| FROM - THRU | BILLING CODE DESCRIPTION | QTY | BILLED AMT | PAYMENT AMT | REASON |
|---|---|---|---|---|---|

EXPLANATION OF BENEFITS

Payment Type : TEMPORARY TOTAL DISABILITY

ONGOING PAYMENT ..........................................................1080.00
REDISTRIBUTION - CLAIMANT ATTORNEY FEE ...................................216.00-

NET AMOUNT                                                                864.00

Memo: CLAIM W003612503

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material therto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."


**PMA COMPANIES**
380 Sentry Parkway
Blue Bell, PA 19422

| ADVICE NUMBER | DATE | ADVICE |
|---|---|---|
| 800547075Z | 08/21/24 | **********864.00 |

WELLS FARGO BANK N.A.

ADVICE   Eight Hundred And Sixty Four And 00/100 US Dollars

TO THE ORDER OF   KEVIN C RICE
907 HAMILTON STREET
PHILADELPHIA PA 19107

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

**VOID**NON-NEGOTIABLE**VOID**



KEVIN C RICE
907 HAMILTON STREET
PHILADELPHIA PA 19107

# Changes to Your Medication List

## ASK your doctor about these medications

| | Medication | Instructions |
|---|---|---|
| ASK | **bacitracin-polymyxin B** ophthalmic ointment<br>Commonly known as: POLYSPORIN | Apply to left eye every 6 (six) hours. |
| ASK | **diphenhydrAMINE** 25 mg capsule<br>Commonly known as: BENADRYL | Take 1 capsule (25 mg total) by mouth every 6 (six) hours as needed (migraine cocktail). |
| ASK | **DULoxetine** 20 mg capsule<br>Commonly known as: CYMBALTA | Take 2 capsules (40 mg total) by mouth daily for 28 days. |
| ASK | **hydroCHLOROthiazide** 25 mg tablet | Take 1 tablet (25 mg total) by mouth daily. |
| ASK | **ibuprofen** 600 mg tablet<br>Commonly known as: ADVIL | Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for headaches. |
| ASK | **metoclopramide** 10 mg tablet<br>Commonly known as: REGLAN | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (migraine cocktail). |
| ASK | **naloxone** 4 mg/actuation spray, non-aerosol nasal spray<br>Commonly known as: NARCAN | Administer into affected nostril(s). |
| ASK | **oxyCODONE** 5 mg capsule<br>Commonly known as: OXY-IR | Take 5 mg by mouth every 4 (four) hours as needed for moderate pain (pain scale 4-6/10). |
| ASK | **oxyCODONE-acetaminophen** 5-325 mg per tablet<br>Commonly known as: PERCOCET | Take 1 tablet by mouth every 6 (six) hours as needed for severe pain (pain scale 7-10/10) for up to 5 days. |
| ASK | **SUMAtriptan** 50 mg tablet<br>Commonly known as: Imitrex | Take 1 tablet (50 mg total) by mouth once as needed for migraine. May repeat dose once in 2 hours if no relief. Do not exceed 2 doses in 24 hours. |
| ASK | **traZODone** 50 mg tablet<br>Commonly known as: DESYREL | Take 1 tablet (50 mg total) by mouth nightly for 14 days. |

#6

Thomas Jefferson University Hospitals - Department of Radiology<br>
132 S. 10th Street<br>
Philadelphia, PA 19107<br>
Phone: 215-955-6226<br>
Fax: 215-923-5791<br>
Center City Division/Jefferson Outpatient Imaging

10/10/2024

Kevin Rice
315 SOUTH BROAD STREET UNIT 0501

PHILADELPHIA, PA, 19107

Dear Kevin Rice,

Pennsylvania law, The Patient Test Result Information Act, now requires Jefferson Health to notify patients that a finding on an imaging test requires further follow-up.

According to our records, you received the following diagnostic imaging services on 10/10/2024 as ordered by Dr. SRUTI TEKUMALLA.

**CT CHEST ABDOMEN PELVIS W CONTRAST**

The results of these services were forwarded to your ordering health care practitioner on 10/10/2024 1:22:00 PM.

The results of these services were forwarded to your ordering health care practitioner on 10/10/2024 1:22:00 PM.

You are receiving this notice as a result of a determination by your diagnostic imaging service that further discussions of your test results are warranted and would be beneficial to you. The complete results of your test have been or will be sent to the health care practitioner that ordered the test or tests. It is recommended that you contact your health care practitioner to discuss your results as soon as possible.

**Please note: You may have already discussed these test results with your physician.**

Your continued health care is important. To obtain a full report of the results of your diagnostic imaging examination please contact 215-955-7230 or your report is also available for viewing in MyChart.

If you do not currently have a primary physician and would like to schedule an appointment with one please call 1-800-JEFF-NOW.

Sincerely,


Thomas Jefferson University Hospitals - Department of Radiology



**WEINERMAN PAIN & WELLNESS**
Physical Therapy • Pain Management • Chiropractic Care

**Brent Weinerman, D.O.**
Board Certified in Osteopathic General Practice
Fellow to the American Academy of Disability Evaluating Physicians
Chairmen Medical Director of the City of Philadelphia Board of Pensions & Retirement

ONE PENN CENTER
1617 John F. Kennedy Blvd
Suite 1100
Philadelphia, PA 19103

Hours: Mon-Thu 8AM-6PM
Friday 9AM-5PM
work: 215-988-9503
Fax: 215-988-9533